> Dismissal with prejudice acknowledged.
> JRS, DJ, 7/19/2021
> Distribution to all counsel of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| George Miller and Patricia Hull, n/k/a Miller,<br>　　Plaintiffs,<br><br>v.<br><br>Tate & Kirlin Associates, Inc., a Pennsylvania corporation, CACH, LLC, a Colorado limited liability company, and Resurgent Capital Services, L.P., a Delaware limited partnership,<br>　　Defendants. | No. 1:19-cv-01353-JRS-DLP |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice.

Dated: July 16, 2021

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

One of Defendant CACH's Attorneys

/s/ Katherine M. Saldanha Olson w-permission
Katherine M. Saldanha Olson
Messer Strickler, Ltd.
225 West Washington Street
Suite 575
Chicago, Illinois 60606

One of Defendant Resurgent's Attorneys

/s/ Nicole M. Strickler w-permission
Nicole M. Strickler
Messer Strickler, Ltd.
225 West Washington Street
Suite 575
Chicago, Illinois 60606

One of Defendant Tate & Kirlin's Attorneys

/s/ Jennifer J. Kalas w-permission
Jennifer J. Kalas
Hinshaw & Culbertson, LLP
322 Indianapolis Boulevard
Suite 201
Schererville, Indiana 46375